UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER KYLE JOHNSTON,<br>TRENT BROCKMEIER, and<br>CHRISTOPHER CASSERI | Crim. No. 20-800 (RBK)<br><br>**ORDER** |

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record on this 9th day of November, 2020, in the presence of both the prosecutors and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all material exculpatory evidence to the defendants pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner for the defendants' effective use at trial or sentencing may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

_____
HONORABLE ROBERT B. KUGLER
United States District Judge