

1834 Independence Square
Atlanta, Georgia 30338

Direct dial 404-262-6505
sgrubman@cglawfirm.com

January 12, 2022

**VIA CM/ECF**
Attn: William T. Walsh, Clerk of Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Room 1050
Camden, NJ 08101

    Re:    *United States of America v. Christopher Kyle Johnston, Trent Brockmeier and Christopher Casseri*
            Civil Action File No. 1:20-CR-00800

Dear Mr. Walsh:

    Pursuant to Local Rule 83.1(E)(3), I write to notify the Court that I will be out of the office on the following dates:

- January 28 and 31, 2022 (personal travel)
- November 6-22, 2022 (personal travel)

    I respectfully request that I be excused from any appearances in the above-referenced matter on those dates.

                                            Sincerely yours,

                                            *s/ Scott R. Grubman*
                                            Scott R. Grubman
                                            Attorney for Defendant

cc:  Christina O. Hud (via CM/ECF)
      R. David Walk. Jr (via CM/ECF)