# FINCH McCRANIE, LLP

Attorneys At Law

| | | |
|---|---|---|
| NICOLE A. ARCHAMBAULT<br>DAVID H. BOUCHARD<br>EMMA R. CECIL<br>OTO U. EKPO<br>RICHARD W. HENDRIX<br>WALTER E. JOSPIN | 229 PEACHTREE STREET, N.E.<br>SUITE 2500<br>ATLANTA, GEORGIA 30303<br><br>(404) 658-9070<br>Facsimile: (404) 688-0649<br><br>*www.finchmccranie.com* | GABRIEL E. KNISELY<br>HARRISON W. KOHLER<br>W. CARL LIETZ, III<br>MICHAEL A. SULLIVAN<br><br>OF COUNSEL<br>LARRY D. THOMPSON |

September 12, 2024

**VIA CM/ECF**
Honorable Edward S. Kiel
United States District Judge
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Court Room 4D
Camden, New Jersey 08101

## ORDER

Re:   *United States v. Johnston, et al.,* 20-cr-800 (ESK)

Dear Judge Kiel:

On behalf of Christopher Casseri, I am writing to seek permission to waive Mr. Casseri's appearance at the upcoming oral argument hearing set for September 30, 2024. Mr. Casseri recently took a new job and in connection with his new position, it would be helpful if he could be excused from appearing at the upcoming hearing.

Sincerely,

*/s/ W. Carl Lietz, III*
W. Carl Lietz, III
For FINCH MCCRANIE, LLP

WCL/mm

**So Ordered.**

      ***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: September 13, 2024**