

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| R. DAVID WALK, JR.<br>*Assistant United States Attorney* | 401 Market Street, 4th Floor<br>Camden, NJ 08101-2098 | (973) 986-7101 |

June 26, 2025

**VIA ECF**

Honorable Edward S. Kiel
United States District Judge
Mitchell H. Cohen United States Courthouse
Fourth and Cooper Streets
Camden, New Jersey 08102

  Re: <u>United States v. Christopher Kyle Johnston, et al., 20-cr-800</u>

Dear Judge Kiel:

  I write to respectfully request an eight-day extension of the time within which the Government must file its response to the post-trial motions filed by defendants Christopher Kyle Johnston and Trent Brockmeier. The Government requires an additional extension because the defendants' very lengthy motions require an extensive response, and my trial co-counsel remains on extended leave. With the extension, the Government's response would be due on July 11, and the defendants' reply briefs would be due on July 25. Counsel for both defendants have kindly consented to this extension.

  Thank you for your consideration of this request.

                Respectfully submitted,

                ALINA HABBA
                United States Attorney

                R. DAVID WALK, JR.
                DANIEL A. FRIEDMAN
                Assistant United States Attorneys

cc: All counsel (via ECF)