**U.S. Department of Justice**
*United States Attorney's Office*
*District of New Jersey*

*R. DAVID WALK, JR.*
*Deputy United States Attorney*

*CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE* *973.986.7101*
*401 Market Street, 4th Floor*
*Post Office Box 2098*
*Camden New Jersey 08101-2098*

September 2, 2026

**VIA ECF**

Honorable Edward S. Kiel
United States District Judge
Mitchell H. Cohen United States Courthouse
Fourth and Cooper Streets
Camden, New Jersey 08102

Re: United States v. Chris Casseri, No. 20-800-3 (ESK)

Dear Judge Kiel:

The Government respectfully requests that the sentencing of Chris Casseri, currently scheduled for October 6, 2026, be postponed for a period of 90 days. Counsel for Mr. Casseri joins in this request.

Thank you for your consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

R. DAVID WALK, JR.
SARA A. ALIABADI
Assistant United States Attorneys

cc: All counsel (via ECF)